IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MADISON NATIONAL LIFE
INSURANCE COMPANY, INC.,

     Plaintiff,

v.

POLYSYSTEMS, INC.,

     Defendant.

JUDGMENT IN A CIVIL CASE

Case No.  08-cv-387-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Polysystems, Inc. and this case is dismissed.

Peter Oppeneer, Clerk of Court

JUN 0 1 2009

Date